UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY N ROBINSON, et al.

VS                                                      CASE NO.  4:04-cv-00378-RH-WCS

CINGULAR WIRELESS

**JUDGMENT**

This action came to trial or hearing before the Court with the Honorable Robert L. Hinkle presiding.  The issues have been tried or heard and a decision has been rendered.

The parties are ordered to abide by their settlement agreement.  The court reserves jurisdiction to enforce the order to abide by the settlement agreement.  All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

WILLIAM M. McCOOL, CLERK OF COURT

 April 19, 2005                                s/ Ma'Su Sweeney
DATE                                              Deputy Clerk: Ma'Su Sweeney